**DISMISS and Opinion Filed May 15, 2023**



**In the**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00274-CV**

**TEJAS MOTEL, L.L.C. AND PATRICIA MCCOLLUM, Appellants**
**V.**
**CITY OF MESQUITE, ACTING BY AND THROUGH ITS**
**BOARD OF ADJUSTMENT, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-16933**

## MEMORANDUM OPINION

Before Justices Molberg, Carlyle, and Smith
Opinion by Justice Carlyle

Before the Court is the April 27, 2023 letter of counsel for appellants stating that they are withdrawing their notice of appeal. We construe the letter as a motion to dismiss, grant the motion, and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Cory L. Carlyle//
CORY L. CARLYLE
JUSTICE

230274f.p05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TEJAS MOTEL, L.L.C. AND
PATRICIA MCCOLLUM,
Appellants

No. 05-23-00274-CV      V.

CITY OF MESQUITE, ACTING BY
AND THROUGH ITS BOARD OF
ADJUSTMENT, Appellee

On Appeal from the 298th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-18-16933.
Opinion delivered by Justice Carlyle.
Justices Molberg and Smith
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee CITY OF MESQUITE, ACTING BY AND THROUGH ITS BOARD OF ADJUSTMENT recover its costs of this appeal from appellants TEJAS MOTEL, L.L.C. AND PATRICIA MCCOLLUM.

Judgment entered this 15th day of May, 2023.

–2–